DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD HALL,**
Appellant,

v.

**TWIN VEE POWERCATS, INC.,** and **WEFINGS MARINE, INC.,**
Appellees.

No. 4D2023-0581

[December 14, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Hon. Brett M. Waronicki, Judge; L.T. Case No. 562019CA001106.

Adam Michael Ludwin of Ludwin Law Group, P.A., Delray Beach, for appellant.

Theodore David D'Apuzzo of The D'Apuzzo Law Firm, Ft. Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***